# United States Court of Appeals
## For the First Circuit

No. 20-2024

UNITED STATES OF AMERICA,

Appellee,

v.

KADEEM PIMENTEL,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on February 17, 2022, is amended as follows:

On the cover page replace "Nathaniel R. Mendell, Acting United States Attorney, and Donald C. Lockhart, Assistant United States Attorney, on brief for appellee." with "Donald C. Lockhart, Assistant United States Attorney, with whom Nathaniel R. Mendell, Acting United States Attorney was on brief, for appellee."